HON. BARBARA J. ROTHSTEIN

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| ASH GROVE CEMENT COMPANY, a Delaware corporation,<br><br>Plaintiff,<br><br>v.<br><br>LONE STAR INDUSTRIES, INC., a Delaware corporation,<br><br>Defendant. | No. 2:14-cv-00161-BJR<br><br>STIPULATION AND ORDER OF DISMISSAL WITH PREJUDICE<br><br>NOTE ON MOTION CALENDAR: JUNE 26, 2019 |

## I.  STIPULATION

COMES NOW Plaintiff Ash Grove Cement Company and Defendant Lone Star Industries, Inc., and pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii), hereby stipulate that the above-captioned action is and may be voluntarily dismissed, with prejudice, and without costs or fees to any party.

DATED this 26th day of June 2019.

s/ Stephen J. Tan
s/ Joseph A. Rehberger
Stephen J. Tan, WSBA No. 22756
Joseph A. Rehberger, WSBA No. 35556
CASCADIA LAW GROUP PLLC
1201 Third Avenue, Suite 320
Seattle, WA  98101
Email: stan@cascadialaw.com
Email: jrehberger@cascadialaw.com

Attorneys for Plaintiff Ash Grove Cement Company

s/ Howard (Terry) Hall
Howard (Terry) Hall, WSBA No. 10905
FOLEY & MANSFIELD
800 Fifth Avenue, Suite 3850
Seattle, WA  98104
Email: thall@foleymansfield.com

Attorneys for Defendant Lone Star Industries, Inc.

STIPULATION AN ORDER OF DISMISSAL WITH PREJUDICE
2:14-cv-00161-BJR -- PAGE 1

CASCADIA LAW GROUP PLLC
1201 THIRD AVENUE, SUITE 320
SEATTLE, WA  98101
(206) 292-6300

Based on the foregoing Stipulation of the Parties, the Court enters the following:

**II.  <u>ORDER</u>**

THIS MATTER came on before the Court on the foregoing Stipulation of the Parties, and the Court being fully advised in the premises, now therefore, it is hereby

ORDERED, ADJUDGED, AND DECREED, that the above-captioned action is dismissed, with prejudice, and without costs or fees to any party.

IT IS SO ORDERED.

DATED this _____ day of June 2019.

_____
BARBARA J. ROTHSTEIN
United States District Judge

*Presented by*:

s/ Stephen J. Tan
s/ Joseph A. Rehberger
Stephen J. Tan, WSBA No. 22756
Joseph A. Rehberger, WSBA No. 35556
CASCADIA LAW GROUP PLLC
1201 Third Avenue, Suite 320
Seattle, WA  98101
Email: stan@cascadialaw.com
Email: jrehberger@cascadialaw.com

Attorneys for Plaintiff Ash Grove Cement Company

s/ Howard (Terry) Hall
Howard (Terry) Hall, WSBA No. 10905
FOLEY & MANSFIELD
800 Fifth Avenue, Suite 3850
Seattle, WA  98104
Email: thall@foleymansfield.com

Attorneys for Defendant Lone Star Industries, Inc.

STIPULATION AN ORDER OF DISMISSAL WITH PREJUDICE
2:14-cv-00161-BJR -- PAGE 2

CASCADIA LAW GROUP PLLC
1201 THIRD AVENUE, SUITE 320
SEATTLE, WA  98101
(206) 292-6300

**CERTIFICATE OF SERVICE**

I hereby certify that I caused the document to which this certificate is attached to be served by ECF to the following as indicated:

Howard (Terry) Hall
thall@foleymansfield.com

Declared under penalty of perjury under the laws of the state of Washington dated at Olympia, Washington this 26th day of June 2019.

CASCADIA LAW GROUP

s/ Eleanor Nickelson
Eleanor Nickelson, Legal Assistant

STIPULATION AN ORDER OF DISMISSAL WITH PREJUDICE
2:14-cv-00161-BJR -- PAGE 3

CASCADIA LAW GROUP PLLC
1201 THIRD AVENUE, SUITE 320
SEATTLE, WA  98101
(206) 292-6300