HON. BARBARA J. ROTHSTEIN

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| ASH GROVE CEMENT COMPANY, a Delaware corporation,<br><br>Plaintiff,<br><br>v.<br><br>LONE STAR INDUSTRIES, INC., a Delaware corporation,<br><br>Defendant. | No. 2:14-cv-00161-BJR<br><br>STIPULATION AND ORDER OF DISMISSAL WITH PREJUDICE<br><br>NOTE ON MOTION CALENDAR: JUNE 26, 2019 |

## I.     STIPULATION

COMES NOW Plaintiff Ash Grove Cement Company and Defendant Lone Star Industries, Inc., and pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii), hereby stipulate that the above-captioned action is and may be voluntarily dismissed, with prejudice, and without costs or fees to any party.

DATED this 26th day of June 2019.

| | |
|---|---|
| s/ Stephen J. Tan | s/ Howard (Terry) Hall |
| s/ Joseph A. Rehberger | Howard (Terry) Hall, WSBA No. 10905 |
| Stephen J. Tan, WSBA No. 22756 | FOLEY & MANSFIELD |
| Joseph A. Rehberger, WSBA No. 35556 | 800 Fifth Avenue, Suite 3850 |
| CASCADIA LAW GROUP PLLC | Seattle, WA 98104 |
| 1201 Third Avenue, Suite 320 | Email: thall@foleymansfield.com |
| Seattle, WA 98101 | |
| Email: stan@cascadialaw.com | Attorneys for Defendant Lone Star Industries, Inc. |
| Email: jrehberger@cascadialaw.com | |
| | |
| Attorneys for Plaintiff Ash Grove Cement Company | |

STIPULATION AN ORDER OF DISMISSAL WITH PREJUDICE
2:14-cv-00161-BJR -- PAGE 1

CASCADIA LAW GROUP PLLC
1201 THIRD AVENUE, SUITE 320
SEATTLE, WA 98101
(206) 292-6300

Based on the foregoing Stipulation of the Parties, the Court enters the following:

## II. ORDER

THIS MATTER came on before the Court on the foregoing Stipulation of the Parties, and the Court being fully advised in the premises, now therefore, it is hereby

ORDERED, ADJUDGED, AND DECREED, that the above-captioned action is dismissed, with prejudice, and without costs or fees to any party.

IT IS SO ORDERED.

DATED this 28th day of June 2019.

_____
Barbara Jacobs Rothstein
U.S. District Court Judge

*Presented by*:

| | |
|---|---|
| s/ Stephen J. Tan | s/ Howard (Terry) Hall |
| s/ Joseph A. Rehberger | Howard (Terry) Hall, WSBA No. 10905 |
| Stephen J. Tan, WSBA No. 22756 | FOLEY & MANSFIELD |
| Joseph A. Rehberger, WSBA No. 35556 | 800 Fifth Avenue, Suite 3850 |
| CASCADIA LAW GROUP PLLC | Seattle, WA 98104 |
| 1201 Third Avenue, Suite 320 | Email: thall@foleymansfield.com |
| Seattle, WA 98101 | |
| Email: stan@cascadialaw.com | Attorneys for Defendant Lone Star Industries, Inc. |
| Email: jrehberger@cascadialaw.com | |

Attorneys for Plaintiff Ash Grove Cement Company

STIPULATION AN ORDER OF DISMISSAL WITH PREJUDICE
2:14-cv-00161-BJR -- PAGE 2

CASCADIA LAW GROUP PLLC
1201 THIRD AVENUE, SUITE 320
SEATTLE, WA 98101
(206) 292-6300